## CAMPBELL vs. HENDERSON.

APPEAL from the court of the sixth district.

The same point, as in the preceding case.

MATHEWS, J. delivered the opinion of the court. This case differs so little from that just decided, that the reasoning of the former may be properly applied to it.

It is therefore ordered that the same judgment be entered.

*Thomas & Oakley* for the plaintiff, *Baldwin* for the defendant.